# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saeed Muhammed Ghazal <br><br> Plaintiff(s)/Petitioner(s) <br><br> v. <br><br> Anaheim Regional Med. Ctr. et al. <br><br> Defendant(s)/Respondent(s) | Case No. 8:25-cv-02754-MRA-DFM <br><br> **ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED** *IN FORMA PAUPERIS* <br><br> CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

- ☒ accepts the findings, conclusions and recommendations of the Magistrate Judge.
- ☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.
- ☐ _____, the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

- ☐ **DENIED.** Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
- ☐ **DENIED.** This case is DISMISSED ☐ with prejudice. ☐ without prejudice. **(JS-6).**
- ☒ **DENIED**, with leave to amend ☒ the IFP application ☒ the complaint/petition within 30 days. If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
- ☐ **GRANTED.**
- ☐ **GRANTED. IT IS FURTHER ORDERED that:**
   In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
- ☐ **GRANTED;**
   - ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
   - ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☐ Other:

Dated: January 6, 2026

By: *[signature]*
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25     Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)